LANG *v.* SAVANNAH, FLORIDA AND WESTERN RAILWAY COMPANY.

LITTLE, J. The evidence submitted did not authorize a recovery by the plaintiff. The trial judge did not, therefore, err in granting a nonsuit.

*Judgment affirmed. All the Justices concurring, except Fish, J., absent.*

Argued December 10,—Decided December 20, 1900.

Action for damages. Before Judge Williams. City court of Waycross. March term, 1900.

*Toomer & Reynolds*, for plaintiff.
*W. E. Kay* and *S. W. Hitch*, for defendant.